United States District Court
District of South Carolina

Jonathan Lee Riches,
Plaintiff
v.
Doris Kearns Goodwin; Oleg Cassini,
Defendants

## Habeas Corpus 28 USC 2241

These defendants are denying me minimum wage salary for my work at FCI Williamsburg. I'm on federal property and I'm entitled to minimum wage wages. Instead I get only .12¢ a month sweeping on the sidewalk. This is unconstitutional. I seek better pay, a 401K plan, and health insurance. The execution of this sentence is unconstitutional.

